BEFORE: ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

DATE: 10/23/2024
TIME ON: 2:30
TIME OFF: 2:55

Case No. 24MJ588

Courtroom Deputy: Robert Imrie

Criminal Cause for **INITIAL APPEARANCE**

Defendant: **RENEE HOBERMAN**
Present ✓   Not Present ___   In Custody ✓   On Bail/Bond ___

Attorney: **EVAN SUGAR**   Ret'd ___ CJA ___ FD of NY ✓

AUSA: **JAMES SIMMONS**

Interpreter: N/A

ESR Time: 2:30 - 2:55

✓ Case Called   ✓ Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered.   ___ Special Conditions Apply.
✓ Order of Detention entered.
___ Temporary Order of Detention entered.
Next Court appearance scheduled for _____
Preliminary Hearing ✓ Waived;   ___ Set for _____.
___ Waiver of Speedy Indictment executed from _____ to _____.
___ Defendant waives Speedy Trial from _____ to _____.
NOTES: _____